IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHARLES NANCE                                                                                          PLAINTIFF

v.                                                                                              No. 1:19CV210-SA-RP

CITY OF WEST POINT, ET AL.                                                                       DEFENDANTS

**INITIAL CASE MANAGEMENT ORDER**

This matter comes before the court on the *pro se* complaint of Charles Nance under 42 U.S.C. § 1983. This case was originally filed in Clay County Circuit Court, and the defendants then removed it to this court under 28 U.S.C. § 1331. As the plaintiff is proceed *pro se* in this case, it falls under Rule 81 of the Uniform Local Civil Rules of the United States District Courts for the Northern and Southern Districts of Mississippi. Under Rule 81(b), the case is exempted from the Local Rules and Civil Rules; instead, "[s]uch actions are governed by orders entered in the particular case itself."

In the present case, the court will conduct a hearing under *Spears v. McCotter,* 766 F.2d 179 (5th Cir. 1985) on January 14, 2020, to give the plaintiff the opportunity to clarify his claims. The defendants will not be required to respond to the complaint until ordered to do so by the court after the *Spears* hearing.

**SO ORDERED**, this, the 25th day of November, 2019.

/s/   Roy Percy
UNITED STATES MAGISTRATE JUDGE