IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHARLES NANCE**                          **PLAINTIFF**

**v.**                          No. 1:19CV210-SA-RP

**CITY OF WEST POINT, ET AL.**                          **DEFENDANTS**

### ORDER GRANTING DEFENDANT'S
### MOTION TO DEPOSE THE PLAINTIFF

This matter comes before the court on the motion by the defendant to depose the plaintiff.

The motion is well taken and is **GRANTED**. The defendants may depose the plaintiff.

**SO ORDERED**, this, the 10th day of September, 2020.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE