IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHARLES NANCE**                                                                                                                  **PLAINTIFF**

**v.**                                                                               **No. 1:19CV210-SA-RP**

**CITY OF WEST POINT, ET AL.**                                                        **DEFENDANTS**

**ORDER DISMISSING AS MOOT PLAINTIFF'S MOTION [74]
FOR A COPY OF THE TRANSCRIPT OF HIS DEPOSITION**

This matter comes before the court on the motion [74] by the plaintiff for a copy of his deposition transcript. As the defendants have included a copy of the transcript in their motion for summary judgment, the instant motion [74] is **DISMISSED** as moot.

**SO ORDERED**, this, the 31st day of March, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE