IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHARLES NANCE**                                                                                      **PLAINTIFF**

**v.**                                            **No. 1:19CV210-SA-RP**

**CITY OF WEST POINT, ET AL.**                                           **DEFENDANTS**

**ORDER GRANTING DEFENDANT SCOTT'S MOTION [97] TO STRIKE
PLAINTIFF'S CROSS-MOTION [91] FOR SUMMARY JUDGMENT**

This matter comes before the court on the motion under Fed. R. Civ. P. 12(f) by defendant Deputy Terry Scott to strike the plaintiff's cross-motion [91] for summary judgment. As defendant Scott has argued, the plaintiff's cross-motion for summary judgment is untimely, as it was filed over two months beyond the November 24, 2020, deadline for filing dispositive motions. As such, the instant motion [97] to strike is **GRANTED**.

**SO ORDERED**, this, the 1st day of April, 2021.

                                                                 /s/ Roy Percy
                                                                 UNITED STATES MAGISTRATE JUDGE