IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHARLES NANCE**   **PLAINTIFF**

v.   No. 1:19CV210-SA-RP

**CITY OF WEST POINT, ET AL.**   **DEFENDANTS**

FINAL JUDGMENT

In accordance with the memorandum opinion entered this day:

(1) The defendants' motions [78], [83] for summary judgment are GRANTED;

(2) The plaintiff's allegations against defendant Officer Eaves arising out of the September 10, 2016, warrantless entry into Clara Nance's home are DISMISSED as untimely filed;

(3) The plaintiff's allegations against Deputy Scott arising out of the September 30, 2016, warrantless entry into Clara Nance's home are DISMISSED, as Deputy Scott entered with the consent of a resident of that home, Leigh Ann Hall;

(4) The plaintiff's allegations against Deputy Scott arising out of the October 5, 2016, "warrantless raid" of Clara Nance's home are DISMISSED, as defendant Scott participated in the event, at most, as a supervisor; and

(5) Judgment is ENTERED for the defendants in all respects.

(6) This case is CLOSED.

SO ORDERED, this, the 4th day of May, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE