IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHARLES NANCE                                                                                    PLAINTIFF

v.                                                                                      No. 1:19CV210-SA-RP

CITY OF WEST POINT, ET AL.                                                              DEFENDANTS

### ORDER *DISMISSING AS MOOT* PLAINTIFF'S MOTION [111] TO STRIKE DEFENDANT EAVE'S REBUTTAL BRIEF [99]

This matter comes before the court on the motion [111] by the plaintiff to strike the rebuttal brief [99] by defendant Eaves in support of his motion for summary judgment. As the court has accepted and considered all briefs regarding summary judgment in this case, the instant motion [111] is DISMISSED as moot.

SO ORDERED, this, the 4th day of May, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE