IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHARLES NANCE**                                                                       **PLAINTIFF**

**v.**                                                                    **No. 1:19CV210-SA-RP**

**CITY OF WEST POINT, ET AL.**                                        **DEFENDANTS**

### ORDER TRANSFERRING PLAINTIFF'S MOTION [127] TO PROCEED *IN FORMA PAUPERIS* ON APPEAL TO THE FIFTH CIRCUIT COURT OF APPEALS

This matter comes before the court on the motion [127] by the plaintiff to proceed as a pauper on appeal. The court denied [123] the plaintiff's first motion to appeal *in forma pauperis* as not taken in good faith – and, under *Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), informed the plaintiff that he could appeal that denial by "filing a separate motion to proceed *in forma pauperis* on appeal *with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit*" within 30 days of that order. Doc. 123 at 1 (emphasis added). Instead, the plaintiff filed his second *in forma pauperis* motion in this court. Rather than dismiss the motion, the court will transfer it to the Fifth Circuit so that court may consider it, as set forth in *Baugh, supra*.

The Clerk of the Court is **DIRECTED** to **TRANSFER** the plaintiff's motion [127] to proceed *in forma pauperis* on appeal to the Fifth Circuit Court of Appeals.

**SO ORDERED**, this, the 20th day of July, 2021.

                                                                       /s/ Sharion Aycock
                                                                       U. S. DISTRICT JUDGE